# EXHIBIT 6

# Landis on Mechanics of Patent Claim Drafting

Fourth Edition

Robert C. Faber

Practising Law Institute

*"This publication is designed to provide accurate and authoritative information in regard to the subject matter covered. It is sold with the understanding that the publisher is not engaged in rendering legal, accounting or other professional service. If legal advice or other expert assistance is required, the services of a competent professional person should be sought."*

—from Declaration of Principles jointly adopted by Committee of American Bar Association and Committee of Publishers and Associations



TO C

Hold down conte
pull ring straigh

Copyright © 1974, 1978, 1990, 1996, 1997, 1998 by Practising Law Institute. All rights reserved. Manufactured in the United States of America. No part of this book may be reproduced, stored in a retrieval system, or transmitted in any form by any means, electronic, mechanical, photocopying, recording, or otherwise, without the prior written permission of Practising Law Institute.

ISBN 0-87224-096-7

III

# *Apparatus or Machine Claims*

## § 14 In General

The general rules and procedures discussed in chapter II will now be illustrated as they pertain to apparatus claims. The word "apparatus" is used generically to denote various machines and devices, including electrical circuits, computer related apparatus, hydraulic devices, anything mechanical or electrical having cooperating parts that accomplish some useful result, usually some act or operation on itself or on an article or workpiece.

### Example I — Shaker

Referring specifically to the form of shaker illustrated in figures 1 and 2 of appendix A, example I, a sample independent claim specific to that structure (as distinguished from the structure in figure 3) reads as follows:

| | |
|---|---|
| (Preamble) | 1. Apparatus for shaking articles, |
| (Transition) | which comprises: |
| | (a) *a container* for the articles; |
| | (b) *a base;* |
| (Body of Claim) (Elements in Subparagraph Form) | (c) *a plurality of parallel legs*, each leg is connected pivotally at one end to the container and at the other end to the base to support the container for oscillating movement with respect to the base; and |
| | (d) *means for oscillating the container* on the legs to shake the articles. |

Note that the "elements" of the above claim are in italics for illustrative purposes only. The introduction "I claim" is under-

Further examples of this type of preamble follow:

Apparatus for coating the inside of a tubular workpiece with a liquid thermoplastic resin

Apparatus for transferring articles from a first conveyor belt to a second conveyor belt running parallel to the first but in the opposite direction

A device for simultaneously attaching axial leads to opposite ends of an electrical component

A circuit for detecting discontinuities in the insulation of an insulated wire

In cases where the apparatus has a generic name, that may be used; for example:

A binary computer

A self-propelled lawn sprinkler

A carburetor

A shaker for articles [an equally acceptable preamble for claim 1]

Use of a preamble referring to apparatus by its generic name in the preamble is preferred because it may shorten the length of the preamble and it tells the reader and the Patent and Trademark Office in what technology area the invention belongs. Later searching for the patent by subject matter, e.g., by a computer search, is easier if a recognized generic name is used for the apparatus.

Other types of preambles are used for special situations, as discussed in chapter VII, and in some chemical compound cases (chapter VI).

Occasionally, one sees a claim such as "In combination, [an A, a B, and a C]." One use for this type of preamble is for inventions so broad that any attempt to name the thing to be claimed would be too narrow. Of course, if claim 1 on the shaker started out only "In combination," that would be uselessly misleading since the claim itself was intended to be limited to an apparatus for shaking articles. Therefore, there is no reason to avoid using a normal preamble.

Another use for the preamble "In combination" is when a previously claimed subcombination is joined with the remainder of a combination in a dependent claim, dependent upon a preceding subcombination claim: "In combination, the means for oscillating